## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SAMUEL JESSE CHRISTIAN MORREALE | ) | Case No. 13-27310 TBM |
| | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| TOM H. CONNOLLY, as Chapter 7 Trustee | ) | Adversary No. 15-01240 TBM |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| CARRIE PALMER and SKETCH | ) | |
| RESTAURANT, LLC, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DIRECTING CLERK TO REFER MOTION FOR WITHDRAWAL OF THE REFERENCE TO THE DISTRICT COURT

THIS MATTER comes before the Court on the Motion for Withdrawal of the Reference filed on September 3, 2015, and the relevant responses and replies thereto. Accordingly it is

**ORDERED THAT** pursuant to 28 U.S.C. § 157(d), Fed. R. Bankr. P. 5011(a) and (c), D.C.COLO.LR.CIV. 84.1(b)(4) and (d), and L.B.R. 5011-1(e), the Clerk of the Bankruptcy Court shall transmit herewith the Motion for Withdrawal of Reference and any relevant documents to the United States District Court for the District of Colorado for further action.

Dated: October 8, 2015         BY THE COURT:

_____
Honorable Thomas B. McNamara
United States Bankruptcy Court Judge